UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LAURIE COOK,

                           Plaintiff,                      **ORDER**
                                                                CV 10-5721 (DRH)(ARL)
       -against-

FIRST REVENUE ASSURANCE, LLC,

                           Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

       The matter was referred to the undersigned by District Judge Hurley for the purpose of issuing a report and recommendation with respect to the appropriate amount of damages, attorney's fees and costs to be awarded. Plaintiffs are directed to file papers in support of its claim for damages and attorney's fees by May 16, 2011. Those papers shall include a memorandum of law and an affidavit from a person with knowledge of the relevant facts. If the plaintiffs believe that the papers submitted in support of the motion for a default judgment suffice for the purposes of the damages inquest, the plaintiffs shall so inform the court in writing.

Dated:  Central Islip, New York                          **SO ORDERED:**
         April 1, 2011

                                                              _____/s/_____
                                                               ARLENE ROSARIO LINDSAY
                                                               United States Magistrate Judge