UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LAURIE COOK,

                              Plaintiff,                        **ORDER**

  -against-                                                   10 CV 5721 (DRH) (ARL)

FIRST REVENUE ASSURANCE, LLC,

                              Defendant.
-----------------------------------------------------------X

**HURLEY, Senior District Judge:**

       On March 31, 2011, this Court granted plaintiff's motion for an entry of default judgment against defendant First Revenue Assurance, LLC ("defendant"), and referred the case to Magistrate Arlene R. Lindsay, pursuant to 28 U.S.C. § 636(b)(3), for a report and recommendation as to damages and attorneys' fees. On January 9, 2012, Judge Lindsay issued a Report and Recommendation that judgment be entered against defendant for the following amounts: (1) $1,000.00 in statutory damages; (2) $2,625.00 in attorney's fees; and (3) $410.00 in costs, for a total sum of $4,035.00. On January 12, 2012, defendant was served with a copy of the Report and Recommendation. More than fourteen days have elapsed since service of the Report and Recommendation. No party has filed any objections.

       Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the January 9, 2012 Report and Recommendation of Judge Lindsay as if set forth herein.

       The Court hereby directs that plaintiff Laurie Cook recover from defendant First Revenue Associates, LLC the amount of $4,035.00, as itemized below, and that judgment be entered

accordingly:

       (1)      $1,000.00 in statutory damages;

       (2)      $2,625.00 in attorney's fees; and

       (3)      $410.00 in costs.

Upon entry of judgment, the Clerk of the Court is directed to close this case.

**SO ORDERED.**

Dated: Central Islip, New York
        January 30, 2012

                                             /s/
                                           Denis R. Hurley
                                           Unites States District Judge