**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

LAURIE COOK,

                Plaintiff,                   **JUDGMENT**
                                                                         10-CV-5721 (DRH)(ARL)
   -against-

FIRST REVENUE ASSURANCE, LLC,

                Defendant.
---------------------------------------------------------X

      An Order of Honorable Denis R. Hurley, United States District Judge, having been filed on January 30, 2012, adopting the January 9, 2012 Report and Recommendation of Magistrate Judge Arlene R. Lindsay, awarding plaintiff $1,000.00 in statutory damages, $2,625.00 in attorney's fees and $410.00 in costs for a total award of $4,035.00, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff Laurie Cook and against defendant First Revenue Assurance, LLC; that plaintiff is awarded $1,000.00 in statutory damages, $2,625.00 in attorney's fees and $410.00 in costs for a total award of $4,035.00; and that this case is hereby closed.


Dated: Central Islip, New York
          February 3, 2012

                                                                   DOUGLAS C. PALMER
                                                                     CLERK OF THE COURT

                                                   By:    /s/ Catherine Vukovich
                                                               Deputy Clerk